1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

2:11-CV-714 JCM (GWF)

NANCY CARMINA BALDENEGRO,

Plaintiff(s),

v.

TUTOR-SALIBA CORPORATION,

Defendant(s).

**ORDER**

    Presently before the court is the matter of *Baldenegro v. Tutor-Saliba Corp.*, case no. 2:11-cv-714-JCM-GWF.

    On February 3, 2013, the court entered an order granting defendant's motion for summary judgment.  (Doc. # 58).  Plaintiff filed a notice of appeal on February 22, 2013.  (Doc. # 60).  On August 16, 2013, the Ninth Circuit dismissed the appeal as moot based on appellant's failure to file an opening brief or otherwise communicate with the court.  (Doc. # 65).

    In response to this court's subsequent minute order (doc. # 68) the parties have submitted status reports (docs. # 69, 70) agreeing the matter should be dismissed with prejudice.

. . .

. . .

. . .

. . .

. . .

James C. Mahan
U.S. District Judge

1      Accordingly,

2      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the matter of *Baldenegro*

3 *v. Tutor-Saliba Corp.*, case no. 2:11-cv-714-JCM-GWF be, and the same hereby is, DISMISSED

4 with prejudice.  The clerk is instructed to close the case.

5      DATED July 25, 2014.

6

7                      _____

                         **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

                   - 2 -